IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAREND CHAND,

    Plaintiff,

v.        No. 1:15-cv-00967-WJ-KRS

CORIZON MEDICAL; DR. MARK WALDEN;
and GEO GROUP, INC.,

    Defendants.

## ORDER TO PROVIDE STATUS REPORT

This matter is before the Court *sua sponte*, following a review of the record in the above-titled cause. On February 11, 2016, the Court stayed the instant case pending the outcome of a criminal investigation involving Defendant Walden. [Doc. No. 11]. The specifics of said investigation are detailed in Defendant's Motion to Stay Proceeding [Doc. No. 8], filed January 22, 2016, as well as Defendant's Status Report [Doc. No. 28], filed June 30, 2016. In an effort to determine whether the stay should remain in effect, the Court finds that an updated status report is required.

**IT IS, THEREFORE, ORDERED** that Defendant Walden shall file a report advising the Court and the parties as to the status of the criminal investigation underlying the stay at bar on or before **October 16, 2017**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE