IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NAREND CHAND,**

    **Plaintiff,**

v.          Cause No. 1:15-cv-00967-WJ-KRS

**CORIZON MEDICAL, DR. MARK WALDEN, in his individual and official capacity, and GEO GROUP, INC.,**

    **Defendants.**

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**THIS MATTER** comes before the Court on Defendant Dr. Mark Walden's Motion to Withdraw and Substitute Counsel (Doc. No. 44), filed by Chapman and Priest, P.C., (Ada B. Priest and Jessica C. Singer). The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Chapman and Priest, P.C. (Ada B. Priest and Jessica C. Singer), shall be permitted to withdraw as counsel for Defendant Dr. Mark Walden, and that the Charlebois Law Firm, LLC (Nicole M. Charlebois) shall be substituted as counsel for Dr. Mark Walden.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE